IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| JOHN L. CRAYTON, <br><br> Plaintiff, <br><br> v. <br><br> ALABAMA DEPARTMENT OF AG& I, <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07cv1111 <br> ) <br> ) <br> ) <br> ) |

RECEIVED
2007 DEC 21 A 10: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>JOHN L. CRAYTON</u>, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

(Signature)

JURALDINE BATTLE-HODGE
(Counsel's Name)

JOHN L. CRAYTON
Counsel for (print names of all parties)

207 MONTGOMERY STREET, SUITE 215
MONTGOMERY, ALABAMA 36104
Address, City, State Zip Code

(334) 262-1177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, JURALDINE BATTLE-HODGE_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21ST day of DECEMBER 20 07, to:

ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES

ATTN: LEGAL DEPARTMENT

1445 FEDERAL DRIVE

MONTGOMERY, ALABAMA 36107

12/21/2007
Date

Signature