AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JOHN L. CRAYTON

V.

ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-1111 -TFM

TO: (Name and address of Defendant)

ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES
ATTN: LEGAL DEPARTMENT
1445 FEDERAL DRIVE
MONTGOMERY, ALABAMA 36107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JURALDINE BATTLE-HODGE
207 MONTGOMERY STREET, SUITE 215
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                  1-2-08

CLERK                                              DATE

(By) DEPUTY CLERK