**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ama Department of Agriculture
   lustries
   Legal Department
   5 Federal Drive
   tgomery, AL 36104

2. Article Number: 7004 2510 0002 1981 5434

SCANNED

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): called Legal Dept.
B. Date of Delivery:
C. Signature: X per Legal Dept. rcd 1-2-08
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   2:07CV1111
   S&C

3. Service Type:
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes