IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN L. CRAYTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-1111-TFM |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| AGRICULTURE & INDUSTRIES ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

It was brought to the Court's attention in Defendant's *Motion to Dismiss* (Doc. 5, filed March 12, 2008) that a similar case involving the same the same parties is currently pending before Judge Fuller. *See Crayton v. Alabama Dep't of Agric. & Indus.*, Civ. Act. No. 2:07-cv-626-MEF ((M.D. Ala. 2007). After a cursory review of the cases, it appears the cases involve common questions of law and fact. As such, for good cause, the parties are hereby **ORDERED** to show cause **on or before March 24, 2008** why these two cases should not be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

DONE this 14th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE