**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                         TELEPHONE (334) 954-3600

April 1, 2008

## NOTICE OF REASSIGNMENT

RE:   Crayton v. AL Department of Agriculture & Industries

   Civil Action No. 2:07cv1111-TFM

The above-styled case has been reassigned to District Judge Mark E. Fuller. Please note that the number case number will be 2:07cv1111-MEF.

Sincerely,

Sheryl K. Lent
Deputy Clerk